UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUCKEYE PENNSAUKEN TERMINAL LLC, <br><br> Plaintiff, <br><br> -against- <br><br> M/V VOIDOMATIS, her tackle, engines, etc. *in rem*, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 14-4625 <br><br> **ORDER TO PERMIT REPAIR WORK, CARGO OPERATIONS AND VESSEL MOVEMENT** |

CONSIDERING THE FOREGOING MOTION,

IT IS HEREBY ORDERED that the United States Marshals Service for the Eastern District of Pennsylvania hereby permit repairs, cargo operations, and movement or shifting of the M/V VOIDOMATIS (IMO No. 9298973) (the "Vessel") within the Eastern District of Pennsylvania while the Vessel is under arrest.

DATED this 6 day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

Presented by:
James Quinlan
Quinlan@blankrome.com

BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
*Attorneys for Plaintiff Buckeye Pennsauken Terminal LLC*

8/6/14
Hand delivered
J. Quinlan, Esq.

900200.00001/22328218v.1