# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** BUCKEYE PENNSAUKEN TERMINAL | **COURT CASE NUMBER** 14 CV 4625 |
| **DEFENDANT** Dominque Trading Co Etal | **TYPE OF PROCESS** Ship Seizure |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V VOIDOMATIS

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MARCUS HOOK Anchorage, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James J Quinlan
Blank Rome
ONE Logan Square, 130 N 18th St
Phila PA 19103

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
**TELEPHONE NUMBER** 2155695430
**DATE** 8/6/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk  Irene Poster | Date 8-6-14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 8-6-14 | 4:30 | pm |

Signature of U.S. Marshal or Deputy  0683

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 260.00 | 44 miles 24.64 | — | 284.64 | 1,000.00 | — | $715.36 |

**REMARKS:**
VESSEL WAS NOT ARRESTED – PER PLAINTIFFS ATTORNEY, JIM QUINLAN, CASE SETTLED PRIOR TO VESSEL ARREST. ADVISED USMS TO NOT ARREST VESSEL and close CASE.

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUCKEYE PENNSAUKEN TERMINAL LLC,<br><br>         Plaintiff,<br><br>-against-<br><br>DOMINIQUE TRADING CORP., PLEIADES SHIPPING AGENTS SA and the M/V VOIDOMATIS, her tackle, engines, etc. *in rem*,<br><br>         Defendants. | CIVIL ACTION<br><br>NO. 14-4625<br><br>**SUMMONS AND WARRANT FOR ARREST OF VESSEL** |

NOTE: A person or entity claiming ownership of, or an interest in, the Vessel arrested by this Warrant, or having a right to intervene with respect to arrest of the Vessel, may request a prompt hearing under Supplemental Rule E(4)(f) of the Federal Rules of Civil Procedure, at which hearing Plaintiff must show cause why the arrest should not be vacated.

TO THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

   WHEREAS, an Original Complaint was filed herein on August 6, 2014 by Plaintiff Buckeye Pennsauken Terminal LLC, whose attorneys are Blank Rome LLP, asserting an admiralty and maritime claim or cause of action *in rem* against the M/V VOIDOMATIS, IMO No. 9298973, and her tackle, engines, etc. and all other furniture or equipment thereunto appertaining and belonging, more particularly described in said Original Complaint; and praying for process *in rem* against said vessel requesting the issuance of a warrant for arrest of the Vessel

and for service of a copy of the Original Complaint and Warrant For Arrest of Vessel upon the Master or other ranking officer or caretaker of the Vessel;

YOU ARE HEREBY COMMANDED forthwith to arrest the M/V VOIDOMATIS, her tackle, engines, etc., and all other furniture or equipment thereunder appertaining and belonging to the M/V VOIDOMATIS, and to detain the same until further Order of this Court or until the release of the same in your custody is duly obtained, and to serve a copy of the Original Complaint filed herein and this Warrant For Arrest of vessel upon the Master or other ranking officer or caretaker of the M/V VOIDOMATIS. Further, in accordance with Supplemental Rule C(4) of the Federal Rules of Civil Procedure, if the Vessel has not been released within 14 days after execution of this process, to publish a Notice of Arrest and Filing of Action for a Maritime Lien against Vessel, in order to give all persons claiming the same or having anything to say why the Vessel should not be sold pursuant to the prayer of the Original Complaint due notice that, in accordance with Supplemental Rule C(6) of the Federal Rules of Civil Procedure, they must file their claims with the Clerk of the Court within 14 days after execution of this process and that they must serve their answers within 21 days after the filing of their claim, and that as to any person or entity not so serving and filing his claim and answer, default will be noted and condemnation ordered, and further, that applications for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests must be filed within 30 days after publication of the Notice of Arrest.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof.

WITNESS the Honorable _Edward C. Smith_ United States District Judge of the Eastern District of Pennsylvania, this the _6th_ day of August, 2014.

                         Clerk of the United States District Court
                         for the Eastern District of Pennsylvania

                         By: _Richard Sabal_
                             Deputy Clerk

Presented by:

James J. Quinlan
Quinlan@blankrome.com

BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

I hereby attest that the vessel named in the order, VOIDOMATIS was not arrested by the United States Marshals Service.
On 8/6/2014 at 4:15 pm I was advised by the plaintiffs attorney, James Quinlan that the parties reached an agreed settlement and the plaintiff no longer wanted the vessel attached or arrested.
This order is being returned to the court unexecuted.

                         Patrick D. Ennis
                         Deputy U.S. Marshal