```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BUCKEYE PENNSAUKEN TERMINAL LLC,   :   CIVIL ACTION
                                   :   NO. 14-4625
         Plaintiff,                :
                                   :
    v.                             :
                                   :
DOMINIQUE TRADING CORP. et al.,    :
                                   :
         Defendants.               :
```

**O R D E R**

**AND NOW,** this **21st** day of **December, 2015,** upon consideration of Defendants' Motion to Transfer Venue (ECF No. 52), Plaintiff's response in opposition thereto (ECF No. 58), and Defendants' Motion for Leave to File Reply Brief (ECF No. 59) and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

        1.  Defendants' Motion to Transfer Venue is **DENIED;** and

        2.  Defendants' Motion for Leave to File Reply Brief is **GRANTED.**[1]

        **AND IT IS SO ORDERED.**

                                **/s/ Eduardo C. Robreno**
                                **EDUARDO C. ROBRENO,   J.**

---

[1]  The Court considered the contents of Defendants' reply brief in ruling on the motion to transfer venue.